# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

CARLOS M PENDERGRASS

BARBARA F FLEMING

Debtors                                                    /

CHAPTER 13

CASE NO. 09-44970-SWR

JUDGE STEVEN W RHODES

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| CARLOS M PENDERGRASS & BARBARA F FLEMING 6655 JACKSON ROAD LOT 493 ANN ARBOR, MI 48104 | 0 | 0 | Debtor Refund Unclaimed | 3411038 | $0.04 |
| **TOTAL** | | | | | $0.04 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT

Krispen S. Carroll, Chapter 13 Standing Trustee

February 01, 2011

/s/ KRISPEN S. CARROLL

KRISPEN S. CARROLL (P49817)

719 Griswold

Suite 1100

Detroit, MI 48226

(313) 962-5035

notice@det13ksc.com